UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELANO GARCIA-MENDOZA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL L. BENOV, ) <br> ) <br> Respondent. ) <br> ) | Case No.: 1:14-cv-00533 AWI JLT (HC) <br><br> ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED |

Petitioner Helano Garcia-Mendoza is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 16, 2014, Petitioner filed his petition challenging the results of a disciplinary hearing at his place of incarceration. (Doc. 1) Petitioner's sole complaint was that the Hearing Officer overseeing the disciplinary hearing was an employee of the private prison which was contracted with the Bureau of Prisons to provide his housing. Id.

On August 22, 2014, Respondent filed a motion to dismiss and presented evidence that the disciplinary matter about which Petitioner complains was re-heard by an employee of the BOP. (Doc. 13) Thus, it appears that the petition may now be moot.

Therefore, **within 21 days**, Petitioner is **ORDERED** to show cause in writing why this petition should not be dismissed as moot. Alternatively, Petitioner may file a request that the matter be dismissed.

1

**Petitioner is advised that his failure to comply with this order will result in an order dismissing his petition.**

IT IS SO ORDERED.

Dated: __August 25, 2014__                     /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE